IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY GARRETT, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3363 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Petitioner's *pro se* motion for a pretrial suppression hearing under the contemporaneous objection rule (Docket Entry No. 25) is DENIED. No trials are held or authorized in section 2254 habeas proceedings.

Respondent's motion for summary judgment is ripe for disposition. No further pleadings may be filed in this case until the Court has ruled on the motion.

Signed at Houston, Texas, on July 5, 2018.

_____
Gray H. Miller
United States District Judge