IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY GARRETT, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION H-17-3363 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, on November 29, 2018.

_____
Gray H. Miller
United States District Judge