Bradley Garrett
Appelant

v.

Corie Davis
TDCJ Director

Cause# 4:17-CV-03363
H-17-03363
Judge Gary H. Miller
Attack 225483 Conviction Habeas Corpus
30 Year Sentencing out of Harris County

United States District Court
Southern District of Texas
Houston

Clerk of Court
David J. Bradley
PO Box 61010
Houston, TX 77208
November 23, 2020

United States Courts
Southern District of Texas
FILED
DEC - 1 2020
David J. Bradley, Clerk of Court

United States Courts
Southern District
DEC -
David J. Bradley, Clerk

To the Honorable Courts Attn: to David J Bradley Clerk of Courts

I'm writen the Courts to find out two points of Cause My first point is to find out If or when the papers on the DKT-13 form If needed can be obtained. I seem to get No Real Information from the unit library here Based on Such Forms probly Due to Low Staff and Competent issues Cause By Covet-19 I'm Not Sure But there is no Reply to Request So I ASK If Not out of Time to the Courts Able Ability. To Help me to Complete this If Need Be Again I Have No Accesses to Computer to File or pull forms from Websites myself So I'm Strapped for Answers other than write this Request And Ask of your Help Second point is I Have also Now Recieved Notice of Apperance of Counsel from Attorney General Ken patton in the movement on the 5th Cir. Civil Action No. 20-20561 Assistant Attorney General Represent Patrick Todd Bar No. 24106513 Bobby Lumpkin As Now Director Do, I Need the Transcripts from Cause# 4:17-CV-03363 H-17-03363 I Know that they will be

electronically sent to but not all need [illegible] from books as well as Final Rulens of Honorable Judge Miller And would that as well be Forwarded to 5th Cir. If so I'm in full to obtain please let me know How much Transcripts of Docket and Litigation will cost $$ so that I may have opportunity to obtain them in Timly Fashion to Help Respones.

Thank you Respectfully

Sth Cir.

Bradley Garrett

#2052570

Coffield Unit 2661 Fm 2054
Tennessee Colony, Tx 75884

2052570
BRADLEY,GARRETT
Coffield unit
2661 FM 2054
Tennesse Colony, TX 75884

NORTH TEXAS TX P&DC
DALLAS TX 750
24 NOV 2020 PM 10 L

ATT:
David J. Beasley
Clerk of Courts
Po Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
DEC -1 2020
David J. Bradley, Clerk of Court

77208-101010

Court Corsporedant
Legal Mail

