IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRADLEY GARRETT, | § § § | |
| *Petitioner,* | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3363 |
| BOBBY LUMPKIN, | § § § | |
| *Respondent.* | § § | |

## ORDER

Petitioner's motion for leave to proceed *in forma pauperis* on habeas appeal (Docket Entry No. 43) is DENIED. Petitioner failed to file an application to proceed *in forma pauperis* with a certified copy of his current inmate trust account statement, or show that he requested payment of the filing fees through his inmate trust account in a timely manner.

Signed at Houston, Texas on February 19, 2021.

_____
Gray H. Miller
Senior United States District Judge