**United States Court of Appeals for the Fifth Circuit**

United States Courts
Southern District of Texas
FILED
May 06, 2021
Nathan Ochsner, Clerk of Court

No. 20-20561

BRADLEY GARRETT,

*Petitioner—Appellant,*

versus

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-3363

Before HIGGINBOTHAM, SMITH, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

    This panel previously DISMISSED this appeal for lack of jurisdiction. The panel has considered Appellant's motion for reconsideration.

    IT IS ORDERED that the motion is DENIED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 06, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-20561   Garrett v. Lumpkin
                 USDC No. 4:17-CV-3363

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Bradley Garrett
Mr. Edward Larry Marshall
Mr. Nathan Ochsner
Mr. Patrick Daniel Todd