Mr. Nathan ochsner
Souther district of Texas, Houston
Unitedstates distic courts
515 rusk street RM.5300 houston texas 77002

United States Courts
Southern District of Texas
FILED

MAY 13 2021

Nathan Ochsner, Clerk of Court

May 3rd 2021

No.21-20018 Garrett v.Lumpkin
USDCNO.4:17-cv-3363

Dear Mr. Ochsner,
I write to you for a qick check of an up date on the matter of the above styled number now give as judgment mandate from the fifth circuitclerk Lyle w. cayce I recently recieved the paper but only the cover letter concering you I also recently filed a certiorari motion for collateral attackon the above stlye usdc no.4:17-cv-3363 or the original conviction Im requesting also a update docket sheetas I explan I am have trouble with this because a.Im locked in a 24 -23 hour lock down with b. I dont have the accses to the things I need to help so it is very slow on the way you probly could careless but Im over due to leave here soon hopfuly so I can have better acsess to recordes and case files I want to file an embancment but may be prematur thank you for your time...

Sincerly respectfuly submitted
BRADLEY GARRETT 2052570

_____ prose
coffield unit prison
2661 fm2054
tennssee colony, texas 75884

cc:Mr.BRADLEY GARRETT
   MR EDWARD LARRY MARSHALL

2052570
BRADLEY GARRETT
COFFIELD Unit
2661 FM 2054
Tennessee Colony TX 75884

7002-280725

Certified mail

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
MAY 13 2021

Mr. Nathan Ochsner Clerk
United States District Courts
515 Rusk Street Room 5300
Houston, Texas 77602

WORTH TEXAS TX P&DC
DALLAS TX 750
4 MAY 2021 PM 1 L

Correspondent