United States District Court
Southern District of Texas
FILED

MAY 14 2021

Nathan Ochsner
Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 5, 2021

Lyle W. Cayce
Clerk

No. 20-20561

Bradley Garrett,

　　　　　　　　　　　　　　　　　　　　　　　　*Petitioner—Appellant*,

versus

Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,

　　　　　　　　　　　　　　　　　　　　　　　　*Respondent—Appellee*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-3363

---

Before Higginbotham, Smith, and Engelhardt, *Circuit Judges*.

Per Curiam:

　　This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

　　In this habeas corpus case filed by a state prisoner, the final judgment was entered and certificate of appealability was denied on November 29,

2018. Therefore, the final day for filing a timely notice of appeal was Monday, December 31, 2018 because the thirtieth day was a Saturday. *See* FED. R. APP. P. 26(a)(1)(C). The petitioner's pro se notice of appeal is dated October 18, 2020 and stamped as filed on October 26, 2020. Because the notice of appeal is dated October 18, 2020, it could not have been deposited in the prison's mail system within the prescribed time. *See* FED. R. APP. P. 4(c)(1) (prisoner's pro se notice of appeal is timely filed if deposited in the institution's internal mail system on or before the last day for filing). When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988). Accordingly, the appeal is DISMISSED for want of jurisdiction.



A True Copy
Certified order issued May 14, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 14, 2021

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20561    Garrett v. Lumpkin  
                      USDC No. 4:17-CV-3363

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Christina Rachal*

                      By: _____  
                      Christina C. Rachal, Deputy Clerk  
                      504-310-7651